IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID W. BUFFALO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-10986 |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' ANSWER

1. *The Plaintiff is a resident of Rockland, Plymouth County, Massachusetts, and a citizen of the United States.*

RESPONSE:    The Defendant admits the allegations contained in the above paragraph.

2. *The defendant, Internal Revenue Service, resides in Boston, Suffolk County, Massachusetts.*

RESPONSE:    The Defendant admits that the Internal Revenue Service maintains offices in Boston, Massachusetts, as well as other locations across the Commonwealth of Massachusetts.

3. *Jurisdiction over this matter pursuant to 28 U.S.C. § 1332.*

RESPONSE:    The Defendant denies that jurisdiction is proper in this matter pursuant to 28 U.S.C. § 1332.

4. *On October 7, 2004, David Buffalo met with the IRS Appeals Office at 10 Causeway Street. At that meeting, I agreed to file tax forms for 1999 through 2003. At that meeting the collection statute and collection actions were suspended.*

RESPONSE:   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the above paragraph.

5.   *On April 15, 2005, a Notice of Determination Concerning Collection Action was received by Plaintiff indicating a levy would be placed on wages to fulfill payment obligations for tax year 1999.*

RESPONSE:   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the above paragraph.

6.   *Plaintiff has paid $1,300.00 toward the amount due of $2,089.51.  Plaintiff will pay the balance of $800.00 by June 15, 2005.*

RESPONSE:   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the above paragraph, but denies that plaintiff's liability is paid in full.

Wherefore, the defendant requests that the case be dismissed.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

 7/26/05 - /s/  Lydia B. Turanchik

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

- 2 -

1138901.1