IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID W. BUFFALO, ) <br> ) <br>  Plaintiff, ) <br>  ) <br> v. )   Civil No. 05-10986-GAO <br>  ) <br> INTERNAL REVENUE SERVICE, ) <br>  ) <br>  Defendant. ) | |

JOINT STATEMENT PURSUANT TO MASSACHUSETTS LOCAL RULE 16.1(D)

Pursuant to the Court's Notice of Scheduling Conference and Local Rule 16.1(d), the parties submit the following joint statement:

1. David Buffalo, pro se, brought this appeal pursuant to sections 6320 and 6330 of the Internal Revenue Code seeking review of administrative collection determinations made by the Internal Revenue Service. The standard of review is abuse of discretion, based on the record before the IRS Appeals Officer. Therefore, no discovery is permissible or necessary in such an appeal.

2. The parties propose the following briefing schedule for this matter as discovery is not necessary: defendant's motion to affirm the determination made by the Appeals Officer would be due 31 days from the date of the scheduling conference, or November 25, 2005. Plaintiff's response and any cross-motion would be due three weeks thereafter, or December 16, 2005, and defendant's reply brief would be due one week following, or December 23, 2005.

3. As discovery is not permissible in a judicial review of an administrative record and determination, the obligations to limit discovery pursuant to Rule 26(b) are not applicable.

4. The parties will file separate certifications as required by Local Rule 16.1(d)(3).

RESPECTFULLY SUBMITTED,

FOR PLAINTIFF:

 David Buffalo (by telephone consent)
DAVID BUFFALO, Pro Se
22 Arthur Street
Rockland, Massachusetts 02370
(781) 871-4638

FOR DEFENDANT:

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov