IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID W. BUFFALO, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civil No. 05-10986-GAO |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Appellee. | ) |

UNITED STATES' MOTION TO AFFIRM APPEALS OFFICER'S
DETERMINATION AND DISMISS THE COMPLAINT

The United States of America, by its undersigned counsel, pursuant to annexed exhibits A- H, moves to affirm the determination of the Appeals Officer and dismiss the complaint. A memorandum in support of this motion is being filed contemporaneously herewith.

Because this motion is being filed pursuant to court order, no certification is made pursuant to Local Rule 7.1.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

- 2 -

CERTIFICATE OF SERVICE

      It is hereby certified that the foregoing document was filed via the Court's electronic filing system on January 6, 2006 and may be accessed via this system. However, because the plaintiff is appearing pro se, it is hereby certified that a copy of this document also was sent by First Class mail, this 6th day of January, 2006 to:

        David W. Buffalo
        22 Arthur Street
        Rockland, Massachusetts 02370

        /s/ Lydia Bottome Turanchik
        LYDIA BOTTOME TURANCHIK
        Trial Attorney, Tax Division

1487937.1